**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 99-2571

---

GARY L. DETEMPLE,

                              Plaintiff - Appellant,

        versus

ALLSTATE INSURANCE COMPANY, an Illinois
Corporation,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.   Frederick P. Stamp, Jr., Chief District Judge.  (CA-93-131-5)

---

Submitted:  April 13, 2000          Decided:  April 19, 2000

---

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Gary L. DeTemple, Appellant Pro Se.  John Lyle Allen, Samuel Hood Foreman, BACHMANN, HESS, BACHMANN & GARDEN, Wheeling, West Virginia; Eric Simon Lipsetts, William G. Jepsen, Jr., Annapolis, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary L. DeTemple appeals the district court's order granting Allstate's motion for attorney's fees and costs. We have reviewed the record and the district court's opinion and find no abuse of discretion. See Brodziak v. Runyon, 145 F.3d 194, 196 (4th Cir. 1998) (providing standard). Accordingly, we affirm on the reasoning of the district court. See DeTemple v. Allstate Ins. Co., No. CA-93-131-5 (N.D.W. Va. Oct. 19, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED